**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TENISHA RENEE STEPHENSON** | ) | CASE NO. **25-59973-SMS** |
| | ) | |
| Debtor | ) | |

## MOTION TO EXCUSE PLAN PAYMENTS

COMES NOW, Tenisha Renee Stephenson ("Debtor"), by and through under-signed counsel, and respectfully requests that their Chapter 13 Plan payments for the months of August and September 2026 be excused and shows the Court as follows:

1.

This case was commenced on August 29, 2025, by the filing of a Voluntary Petition for relief in Bankruptcy under Chapter 13 Title 11 of the United of the United States Code. The Debtor's Chapter 13 Plan was confirmed on January 22,2026.

2.

Debtors lost her job in June and tried making payments as much as she can. Debtor has now found a new employment. As a result, Debtors have not been able to make her payment and is asking to excuse her Chapter 13 Plan payments for the months of August and September 2026 in order to catch up on her expenses.

WHEREFORE, Debtors pray:

(a) That Debtors' Chapter 13 Plan payments for the months August and September 2026 be excused: and,

(b) For such other relief as the Court deem appropriate.

Dated: October 27, 2026

/s/

Paige N. Pierson,
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE, Ste 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TENISHA RENEE STEPHENSON** | ) | CASE NO. **25-59973-SMS** |
| | ) | |
| Debtor | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Debtor has filed a Motion to Excuse (the "Motion") and related papers with the Court.

Debtor has filed a Motion on October 27, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within [twenty one (21) days, but thirty (30) days for objections to claims or another time set by Bankruptcy Rules or Local Rules] from the date of service of this notice. If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303, and serve a copy on the movant's attorney, Paige N. Pierson, The Semrad Law Firm, LLC, 191 Peachtree Street NE, Suite 3285, Atlanta, GA 30303 , and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**A hearing on the pleading has been scheduled for December 1, 2026. The Court will hold a hearing on the Motion to Excuse at 10:00 A.M. on December 1, 2026, in Courtroom 1201 U. S. Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303.**

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: October 27, 2026

/s/

Paige N. Pierson,
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE, Ste 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TENISHA RENEE STEPHENSON** | ) | CASE NO. **25-59973-SMS** |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Excuse Plan Payments and Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Tenisha Renee Stephenson
179 Babbling Brook Dr
Mcdonough, GA 30252

*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, K. Edward Safir, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: October 27, 2026

/s/________________

Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE, Ste 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

Label Matrix for local noticing
113E-1
Case 25-59973-sms
Northern District of Georgia
Atlanta
Tue Oct 27 14:47:15 EDT 2026

AIS InfoSource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Affirm Inc
650 California St
Fl 12
San Francisco, CA 94108-2716

American Credit Acceptance
961 E Main St
Attn: Eric R. Henry
Spartanburg, SC 29302-2149

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

BLOOMINGDALES/CITIBANK
9111 DUKE BLVD
MASON, OH 45040-8999

Bridgecrest
4515 N Santa Fe Ave
Dept APS
Oklahoma City, OK 73118-7901

Cap1/Wmt
PO Box 4069
Carol Stream, IL 60197-4069

Capital One
PO Box 85064
Glen Allen, VA 23058

(p)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

(p)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

Celtic Bank/Contfinco
4450 New Linden Hill Rd
Wilmington, DE 19808

Citicards Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

Credence Resource Management
PO Box 2390
Southgate, MI 48195-4390

Dakota Funding Group
#1 Wakpamni Lake Housing
Batesland, SD 57716

(p)U S DEPARTMENT OF JUSTICE TAX DIVISION
CIVL TRIAL SECTION SOUTHERN REGION
P O BOX 14198
WASHINGTON DC 20044-4198

Lauren A. Drayton
The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643-3907

Edfinancial Services L
120 N Seven Oaks Dr
Knoxville, TN 37922-2359

Exeter Finance Llc
4515 N Santa Fe Ave Dept Aps
Oklahoma City, OK 73118-7901

FETTI FINGERHUT/WEBBAN
13300 PIONEER TRL
EDEN PRAIRIE, MN 55347-4120

First Premier Bank
PO Box 7999
c/o Stephen Dirksen
Saint Cloud, MN 56302-7999

(p)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1626

Forsyth County Magistrate Court
1090 Tribble Gap Rd
Cumming, GA 30040-2236

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

(p)HARRIS & HARRIS
111 W JACKSON BLVD STE 650
CHICAGO IL 60604-3589

INPHYNET PRIMARY CARE PHYSICIANS-SOUTHEAST P
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service - Atl
401 West Peachtree St NW Room 1665
ATTN: Ella Johnson, M/S 334-D
Atlanta, GA 30308

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jpmcb Card
PO Box 15153
Wilmington, DE 19886-5153

LVNV Funding LLC, as successor in interest t
2618 East Paris Ave SE
Grand Rapids, MI 49546-2454

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding Llc
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003-2016

Merrick Bank Corp
PO Box 10368
c/o Susan Gaines
Greenville, SC 29603-0368

Nordstrom/Td Bank Usa
PO BOX 6565
ENGLEWOOD, CO 80155-6565

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

Office Of The United States Trustee
75 Ted Turner Dr Sw
Atlanta, GA 30303-3315

PERPAY INC/CELTIC
2400 Market St
Suite 300
Philadelphia, PA 19103-3033

Piedmont Healthcare
2727 Paces Ferry Road
Atlanta, GA 30339-6150

Paige Nicole Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303-1740

Progress Residential Borrower 7, LLC
The Totten Firm
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338-4154

Progressive Residential
7500 N Dotson Rd.
Scottsdale, Arizona 85256-2718

REVCO SOLUTIONS INC.
PO BOX 58
FORT MORGAN CO 80701-0058

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

SELF/SOUTHSTATE BANK
1101 1st St S
Winter Haven, FL 33880-3908

(p)SEZZLE INC
BANKRUPTCY DEPARTMENT
700 NICOLLET MALL
STE 640
MINNEAPOLIS MN 55402-2050

STELLARFINANCE INC
1700 S LAMAR BLVD STE 33
AUSTIN, TX 78704-8962

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW, STOP 1000-D
Atlanta, GA 30308

Tenisha Renee Stephenson
179 Babbling Brook Dr
Mcdonough, GA 30252-1621

Syncb/Chevron
PO BOX 71727
PHILADELPHIA, PA 19176-1727

Syncb/Walmart
Po Box 530927
Atlanta, GA 30353-0927

TBOM/CONTFIN
PO BOX 11743
WILMINGTON, DE 19850-1743

Timepayment Corp
400 TRADECENTER STE 6950
WOBURN, MA 01801-7476

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

(p)TRANSFORM CREDIT INC
1449 S MICHIGAN AVE
STE 13304
CHICAGO IL 60605-2810

US Department of Education
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

WFBNA CARD
3201 N 4TH AVE
SIOUX FALLS, SD 57104-0700

WLCC Lending Dakota Funding Group
PO Box 70
Solon, IA 52333-0070

Webbank/Fingerhut
7075 Flying Cloud Dr
Eden Prairie, MN 55344-3532

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
Attn: Avi Schild
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
on behalf of UHG I LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Ccs/First National Ban
500 E 60th St N
Sioux Falls, SD 57104

Ccs/First Savings Bank
500 E. 60th St
Sioux Falls, SD 57104

Department Of Justice, Tax Division
75 Ted Turner Drive Sw
Civil Trial Section, Southern
Atlanta, GA 30303

Fnb Omaha
1620 DODGE STREET
OMAHA, NE 68197

(d)Fsb Blaze
500 E. 60th St
Sioux Falls, SD 57104

GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

(d)Georgia Department Of Revenue
1800 Century Blvd NE Ste 9100, c/o J. Ho
Atlanta, GA 30345

Harris & Harris Ltd
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654

JEFFERSON CAPITAL SYST
16 MCLELAND RD
SAINT CLOUD, MN 56303

(d)Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

MISSION LANE TAB BANK
P.O. Box 105286
Atlanta, GA 30348

Office Of The Attorney General - Atl
40 Capitol Square, SW
Atlanta, GA 30334

SELF FINANCIAL/LEAD BA
901 E. 6TH STREET SUITE #400
Austin, TX 78702

(d)SELF/ATLANTIC CAPITAL
945 E PACES FERRY RD NE
ATLANTA, GA 30326

SEZZLE INC
700 NICOLLET MALL STE 64
MINNEAPOLIS, MN 55402

Transform Credit Inc
220 N GREEN ST STE 5019
CHICAGO, IL 60607

(d)Transform Credit Inc.
1440 W Taylor St, 431
Chicago, IL 60607

End of Label Matrix
Mailable recipients 65
Bypassed recipients 0
Total 65