**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TENISHA RENEE STEPHENSON,** | ) | CASE NO. **25-59973-SMS** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS, AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

TO: Creditors and Other Parties in Interest:

PLEASE TAKE NOTICE that Debtor(s) has/have filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

DEADLINE FOR FILING OBJECTION: Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on October 27, 2026. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

PLACE OF FILING: Clerk, United States Bankruptcy Court
75 Ted Turner Drive, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

The Semrad Law Firm, LLC
Attn: Paige N. Pierson
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303

Tenisha Renee Stephenson
179 Babbling Brook Dr
Mcdonough, GA 30252

**PLEASE TAKE NOTICE** that Tenisha Renee Stephenson has filed Post-Confirmation Modification of Plan and related papers with the Court seeking an order approving the Modification of Plan.

Debtor has filed a Motion on October 27, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within [twenty one (21) days, but thirty (30) days for objections to claims or another time set by Bankruptcy Rules or Local Rules] from the date of service of this notice. If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303, and serve a copy on the movant's attorney, Paige N. Pierson, The Semrad Law Firm, LLC, 191 Peachtree Street NE, Suite 3285, Atlanta, GA 30303 , and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**A hearing on the pleading has been scheduled for December 1, 2026. The Court will hold a hearing on the Modification of Plan at 09:50 A.M. on December 1, 2026, in Courtroom 1201 U. S. Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303.**

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: October 27, 2026

/s/

Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TENISHA RENEE STEPHENSON,** | ) | CASE NO. **25-59973-SMS** |
| | ) | |
| Debtor. | ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN AND REQUEST FOR APPROVAL**

COMES NOW, Tenisha Renee Stephenson ("Debtor"), by and through undersigned counsel, and move this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support thereof, the Debtor states as follows:

**1.**

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code, on August 29, 2025. The Chapter 13 Plan was confirmed on January 22, 2026.

**2.**

Debtors hereby modify Section 2.1 of the Chapter 13 Plan, as follows:

§ 2.1 Regular Payments to the trustee; applicable commitment period.

The applicable commitment period for the Debtors(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

***Check one:*** ☒ 36 months ☐ 60 months

Debtors(s) will make regular payments ("Regular Payments") to the trustee as follows:

The Debtors(s) will pay ~~**$750.00**~~ **$805.00** per **month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

Dated: October 27, 2026

/s/

Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE, Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **TENISHA RENEE STEPHENSON,** | ) | CASE NO. **25-59973-SMS** |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Post-Confirmation Modification of Plan and Request for Approval upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Tenisha Renee Stephenson
179 Babbling Brook Dr
Mcdonough, GA 30252

*[See attached for additional parties served]*

I further certify that, by agreement of parties, K. Edward Safir, Standing Chapter 13 Trustee, was served via ECF.

Dated: October 27, 2026

/s/______________________
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 25-59973-sms<br>Northern District of Georgia<br>Atlanta<br>Tue Oct 27 14:47:15 EDT 2026 | AIS InfoSource LP<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Affirm Inc<br>650 California St<br>Fl 12<br>San Francisco, CA 94108-2716 |
| American Credit Acceptance<br>961 E Main St<br>Attn: Eric R. Henry<br>Spartanburg, SC 29302-2149 | (p)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | BLOOMINGDALES/CITIBANK<br>9111 DUKE BLVD<br>MASON, OH 45040-8999 |
| Bridgecrest<br>4515 N Santa Fe Ave<br>Dept APS<br>Oklahoma City, OK 73118-7901 | Cap1/Wmt<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | Capital One<br>PO Box 85064<br>Glen Allen, VA 23058 |
| (p)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | Celtic Bank/Contfinco<br>4450 New Linden Hill Rd<br>Wilmington, DE 19808 |
| Citicards Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Credence Resource Management<br>PO Box 2390<br>Southgate, MI 48195-4390 | Dakota Funding Group<br>#1 Wakpamni Lake Housing<br>Batesland, SD 57716 |
| (p)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVL TRIAL SECTION SOUTHERN REGION<br>P O BOX 14198<br>WASHINGTON DC 20044-4198 | Lauren A. Drayton<br>The Semrad Law Firm, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Edfinancial Services L<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922-2359 |
| Exeter Finance Llc<br>4515 N Santa Fe Ave Dept Aps<br>Oklahoma City, OK 73118-7901 | FETTI FINGERHUT/WEBBAN<br>13300 PIONEER TRL<br>EDEN PRAIRIE, MN 55347-4120 | First Premier Bank<br>PO Box 7999<br>c/o Stephen Dirksen<br>Saint Cloud, MN 56302-7999 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1601 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1626 | Forsyth County Magistrate Court<br>1090 Tribble Gap Rd<br>Cumming, GA 30040-2236 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 |
| (p)HARRIS & HARRIS<br>111 W JACKSON BLVD STE 650<br>CHICAGO IL 60604-3589 | INPHYNET PRIMARY CARE PHYSICIANS-SOUTHEAST P<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jpmcb Card<br>PO Box 15153<br>Wilmington, DE 19886-5153 |

LVNV Funding LLC, as successor in interest t
2618 East Paris Ave SE
Grand Rapids, MI 49546-2454

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding Llc
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

MRS BPO, LLC
1930 Olney Avenue
Cherry Hill, NJ 08003-2016

Merrick Bank Corp
PO Box 10368
c/o Susan Gaines
Greenville, SC 29603-0368

Nordstrom/Td Bank Usa
PO BOX 6565
ENGLEWOOD, CO 80155-6565

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

Office Of The United States Trustee
75 Ted Turner Dr Sw
Atlanta, GA 30303-3315

PERPAY INC/CELTIC
2400 Market St
Suite 300
Philadelphia, PA 19103-3033

Piedmont Healthcare
2727 Paces Ferry Road
Atlanta, GA 30339-6150

Paige Nicole Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303-1740

Progress Residential Borrower 7, LLC
The Totten Firm
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338-4154

Progressive Residential
7500 N Dotson Rd.
Scottsdale, Arizona 85256-2718

REVCO SOLUTIONS INC.
PO BOX 58
FORT MORGAN CO 80701-0058

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

SELF/SOUTHSTATE BANK
1101 1st St S
Winter Haven, FL 33880-3908

(p)SEZZLE INC
BANKRUPTCY DEPARTMENT
700 NICOLLET MALL
STE 640
MINNEAPOLIS MN 55402-2050

STELLARFINANCE INC
1700 S LAMAR BLVD STE 33
AUSTIN, TX 78704-8962

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW, STOP 1000-D
Atlanta, GA 30308

Tenisha Renee Stephenson
179 Babbling Brook Dr
Mcdonough, GA 30252-1621

Syncb/Chevron
PO BOX 71727
PHILADELPHIA, PA 19176-1727

Syncb/Walmart
Po Box 530927
Atlanta, GA 30353-0927

TBOM/CONTFIN
PO BOX 11743
WILMINGTON, DE 19850-1743

Timepayment Corp
400 TRADECENTER STE 6950
WOBURN, MA 01801-7476

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

(p)TRANSFORM CREDIT INC
1449 S MICHIGAN AVE
STE 13304
CHICAGO IL 60605-2810

US Department of Education
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

WFBNA CARD
3201 N 4TH AVE
SIOUX FALLS, SD 57104-0700

WLCC Lending Dakota Funding Group
PO Box 70
Solon, IA 52333-0070

Webbank/Fingerhut
7075 Flying Cloud Dr
Eden Prairie, MN 55344-3532

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
Attn: Avi Schild
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

(d)Atlas Acquisitions LLC
on behalf of UHG I LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Ccs/First National Ban
500 E 60th St N
Sioux Falls, SD 57104

Ccs/First Savings Bank
500 E. 60th St
Sioux Falls, SD 57104

Department Of Justice, Tax Division
75 Ted Turner Drive Sw
Civil Trial Section, Southern
Atlanta, GA 30303

Fnb Omaha
1620 DODGE STREET
OMAHA, NE 68197

(d)Fsb Blaze
500 E. 60th St
Sioux Falls, SD 57104

GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

(d)Georgia Department Of Revenue
1800 Century Blvd NE Ste 9100, c/o J. Ho
Atlanta, GA 30345

Harris & Harris Ltd
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654

JEFFERSON CAPITAL SYST
16 MCLELAND RD
SAINT CLOUD, MN 56303

(d)Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

MISSION LANE TAB BANK
P.O. Box 105286
Atlanta, GA 30348

Office Of The Attorney General - Atl
40 Capitol Square, SW
Atlanta, GA 30334

SELF FINANCIAL/LEAD BA
901 E. 6TH STREET SUITE #400
Austin, TX 78702

(d)SELF/ATLANTIC CAPITAL
945 E PACES FERRY RD NE
ATLANTA, GA 30326

SEZZLE INC
700 NICOLLET MALL STE 64
MINNEAPOLIS, MN 55402

Transform Credit Inc
220 N GREEN ST STE 5019
CHICAGO, IL 60607

(d)Transform Credit Inc.
1440 W Taylor St, 431
Chicago, IL 60607

End of Label Matrix
Mailable recipients 65
Bypassed recipients 0
Total 65